RECEIVED-CLERK
U.S. DISTRICT COURT

2005 JUL 18  A 11: 22

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

PEARL, LEVY & CICALESE, ESQS.
175 FAIRFIELD AVENUE
SUITE 4B
WEST CALDWELL, NEW JERSEY 07006
PHONE NO. 973-226-8200
FAX NO    973-226-2660
ATTORNEYS FOR PLAINTIFF - W. CURTIS HIMMELMAN

---

W. CURTIS HIMMELMAN,

       Plaintiff,

v.

CNA FINANCIAL CORP., et al.,

       Defendants.

HON. JOEL A. PISANO
CIV. ACTION NO: 05-2543 (JAP)

**NOTICE OF VOLUNTARY DISMISSAL**

---

The undersigned, attorney for plaintiff, W. Curtis Himmelman, in this NJLAD wrongful termination action, hereby enters the within voluntary dismissal of this action to which an Answer has been filed by the firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 10 Madison Avenue, Suite 402, Morristown, New Jersey 07960;

The basis for the with voluntary dismissal of this action is that the plaintiff, W. Curtis Himmelman has retained a new law firm to represent him, the firm of Deutsch, Resnick, P.A., One University Plaza, Suite 305, Hackensack, New Jersey 07601, Attention: Neil Deutsch, Esq., and said firm and plaintiff have determined that the within action pending in the United States District Court for

the District of New Jersey is to be voluntarily dismissed and have instructed the undersigned as attorney of record to voluntarily dismiss said action.

Pearl, Levy & Cicalese, Esqs.
Attorneys for Plaintiff – W. Curtis Himmelman

By: BERNARD D. PEARL, ESQ.

Dated: July 15, 2005

So ordered:
Case closed.

Dated: 7/25/05

USDJ